IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TERESA DENISE BANKS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-458 (MTT) |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 15). The Magistrate Judge recommends affirming the Commissioner of Social Security's decision to deny Plaintiff Teresa Denise Banks's application for disability benefits. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**, this 20th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT